UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 19-1631 KWR          **DATE:** September 9, 2021

**TITLE:** *USA v. Bhula, et al*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:** J. Goehl

**COURT IN SESSION:** 9:04AM-9:21AM          **TOTAL TIME:** 17 minutes

**TYPE OF PROCEEDING:** CONTINUATION OF *JAMES* HEARING

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Alex Uballez          Nicole Moss, Meredith Baker. Barry Porter, Wayne Baker, Robert Gorence

**PROCEEDINGS:**

9:04am   Court in session, counsel enter appearances, defendants present in custody, defendant Patel appearing via zoom with permission from the Court.

9:06am   Court inquires if there are any further arguments.

9:05am   Mr. Uballez has no further witnesses. Defendants have no witnesses.

9:05am   Court will hear final arguments.

9:07am   Ms. Moss refers to defendant Bhula's response, Doc. 149.

9:08am   Mr. Gorence has no argument.

9:09am   Mr. Baker addresses Court.

9:14am   Mr. Porter addresses the Court. Request Court revisit original notice and would like the same clarity as to each statement ahead of trial.

9:19am   Mr. Uballez responds.

9:20am   Court will take matter under advisement and issue opinion.

9:21am     Mr. Baker addresses Court with other motions pending and outstanding trial date.

9:21am     Court is aware of pending motions and will address those and trial at a later date.

9:21am     Court in recess.