IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-1631 DHU |
| | ) | |
| | ) | |
| **EDDIE HILL,** | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' AMENDED RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM (DOC. 637)

The United States hereby files this amended response to Defendant Hill's *Sentencing Memorandum* (Doc. 637) filed January 24, 2024. The United States was mistaken in its request for sentence, and would like to amend its on record request to comply with the agreements in the plea, as well as the change to the guidelines as noted in Document 611.

The addendum to the PSR drops one point from Mr. Hill's criminal history, resulting in a guideline range of imprisonment of 30 to 37 months. The United States agrees with this calculation. Furthermore, the United States requests the Court follow the plea agreement and not impose a term of supervised release as is agreed to in the plea agreement (Doc 369). The United States apologizes to the Court and counsel for these oversights in its original sentencing memorandum.

The United States respectfully requests this court sentence in accordance with the agreed upon terms of the plea agreement.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*__Electronically filed 1/26/2024__*
LETITIA CARROLL SIMMS
JACK E. BURKHEAD

Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 26th day
of January 2024, I filed the foregoing
pleading electronically through the
CM/ECF system, which caused counsel
of record for defendant to be served
by electronic means.

***Filed Electronically***
LETITIA CARROLL SIMMS
Assistant U.S. Attorney