# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 19-1631 DHU | USA vs.: Hill |
| Date: 1/30/24 | Name of Deft: Eddie Hill |

Before the Honorable: David Herrera Urias

| | | | |
|---|---|---|---|
| Time In/Out: 10:05-10:44 AM | | Total Time in Court (for JS10): | 39 minutes |
| Clerk: J. Gonzales | | Court Reporter: | C. McAlister |
| AUSA: Letitia Simms, Jack Burkhead | | Defendant's Counsel: | Wayne Baker |
| Sentencing in: ABQ | | Interpreter: | |
| Probation Officer: Leonel Valencia | | Interpreter Sworn? | Yes / No |

| Convicted on: | X Plea | ☐ Verdict | As to: | ☐ Information | X Indictment |
|---|---|---|---|---|---|
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: 6 | | |
| If Plea Agreement: | X Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 9/27/22 | PSR: X Not Disputed | ☐ Disputed | X Courts adopts PSR Findings | | |
| Evidentiary Hrg: | X Not Needed | ☐ Needed | Exceptions to PSR: | | |

### SENTENCE IMPOSED   Imprisonment (BOP): 24 months

| | |
|---|---|
| Supervised Release: Not imposed in accordance with plea agreement | Probation: |
| REC  ☐ 500-Hour Drug Program  ☐ BOP Sex Offender Program  Other: | |
| ICE  ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence  ☐ ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ No re-entry without legal authorization | ☐ Home confinement for ___ months ___ days |
| ☐ Comply with ICE laws and regulation | ☐ Community service for ___ months ___ days |
| ☐ Participate in/successfully complete subst abuse program/testing | ☐ Reside halfway house ___ months ___ days |
| ☐ Participate in/successfully complete mental health program | ☐ Register as sex offender |
| ☐ Refrain from use/possession of alcohol/intoxicants | ☐ Participate in sex offender treatment program |
| ☐ Submit to search of person/property | ☐ Possess no sexual material |
| ☐ No contact with victim(s) and/or co-defendant(s) | ☐ No computer with access to online services |
| ☐ No entering or loitering near victim's residence | ☐ No contact with children under 18 years |
| ☐ Provide financial information | ☐ No volunteering where children supervised |
| ☐ Grant limited waiver of confidentiality | ☐ Restricted from occupation with access to children |
| ☐ Refrain from use and possession of synthetic cannabinoids, etc. | ☐ No loitering within 100 feet of school yards |
| ☐ No possession of a firearm, ammunition, destructive device or any other dangerous weapon | ☐ Participate in an educational or vocational program approved by the Probation Officer |

OTHER:

| | | | |
|---|---|---|---|
| Fine: $ 0.00 | | Restitution: $ 0.00 | |
| SPA: $ 100.00 | | Payment Schedule: X Due Immediately | ☐ Waived |

OTHER:

| | | |
|---|---|---|
| ☐ Advised of Right to Appeal | X Waived Appeal Rights per Plea Agreement | |
| X Held in Custody | ☐ Voluntary Surrender | |

Recommended place(s) of incarceration:

Dismissed Counts:

OTHER COMMENTS:
Mr. Baker addresses Court.
Ms. Simms addresses Court.
Defendant addresses Court.
Court queries counsel re: no term of supervised release.

*Rev. November 10, 2015*

Counsel respond.